IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEIL PAUL NOBLE,<br>Petitioner,<br><br>v.<br><br>COOPER, Director,<br>Dallas County Pretrial Services,<br>Respondent. | §<br>§<br>§<br>§ CIVIL CASE NO. 3:21-CV-827-E-BK<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 25th day of May, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE